BROOKS R. BROWN (SBN 250724)
*bbrown@goodwinprocter.com*
**GOODWIN PROCTER LLP**
10250 Constellation Blvd.
Los Angeles, California 90067
Tel.: 310.788.5100
Fax: 310.286.0992

Attorneys for Defendants

JEFF D. FRIEDMAN (SBN 173886)
*jefff@hbsslaw.com*
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Tel. 510.725.3000
Fax. 510.725.3001

Attorneys for Plaintiffs

(Additional Counsel Listed on Signature Page)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BRITTA BREWER; STACEY MADAMBA, TARRY and NANCY MILLER, husband and wife, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A. and BAC HOME LOANS SERVICING, LP,<br><br>Defendants. | Case No. 3:10-cv-01884-JSW<br><br>**[PROPOSED]** ORDER EXTENDING TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO AMENDED COMPLAINT<br><br>Courtroom: 11 – 19th Floor<br>Judge: Hon. Jeffrey S. White |

1

[PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO
ANSWER OR OTHERWISE RESPOND TO AMENDED COMPLAINT                     CASE NO. 3:10-cv-01884-JSW

# [PROPOSED] ORDER

Pursuant to the Parties' Stipulation Extending Time for Defendants to Answer or Otherwise Respond to the Amended Complaint filed on June 30, 2010, and for good cause having been shown, IT IS HEREBY ORDERED THAT:

1. The time by which Defendants must answer, move against, or otherwise respond to the Complaint shall be on or before July 30, 2010;

2. Plaintiffs shall have until on or before August 27, 2010 from the filing of any motion to dismiss by Defendants to file and serve their Opposition to any such motion to dismiss; and

3. Defendants shall have until on or before September 10, 2010 to file and serve their Reply to any such Opposition.

**IT IS SO ORDERED**.

Dated: __July 1____, 2010

_____
HON. JEFFREY S. WHITE
United States District Court Judge

2

[PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO
ANSWER OR OTHERWISE RESPOND TO AMENDED COMPLAINT         CASE NO. 3:10-cv-01884-JSW