| | |
|---|---|
| 1 | BROOKS R. BROWN (SBN 250724) |
| | bbrown@goodwinprocter.com |
| 2 | **GOODWIN PROCTER LLP** |
| | 10250 Constellation Boulevard |
| 3 | Los Angeles, CA 90067 |
| | Tel.: 310.788.5100 |
| 4 | Fax: 310.286.0992 |
| 5 | Attorneys for Defendants |
| 6 | JEFF D. FRIEDMAN (SBN 173886) |
| | Jefff@hbsslaw.com |
| 7 | **HAGENS BERMAN SOBOL SHAPIRO LLP** |
| | 715 Hearst Avenue, Suite 202 |
| 8 | Berkeley, CA 94710 |
| | Tel.: 510-725-3000 |
| 9 | Fax: 510-725-3001 |
| 10 | Attorneys for Plaintiffs |
| 11 | (Additional Counsel Listed on Signature Page) |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BRITTA BREWER; STACEY MADAMBA, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA, N.A. and BAC HOME LOANS SERVICING, LP, <br><br> Defendants. | Case No. 3:10-CV-01884-JSW <br><br> **[PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** <br><br> Courtroom: 11, 19th floor <br> Judge: Hon. Jeffrey S. White |

LIBA/2104130.1

**[PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**   Case No. 3:10-CV-01884-JSW

1
2
3    The parties jointly submitted a Miscellaneous Administrative Request to continue the case
4 management conference currently scheduled for August 13, 2010 at 1:30 p.m. Having considered
5 the parties' request, IT IS HEREBY ORDERED that the request is GRANTED. The case
6 management conference is continued to September 17 , 2010 at 1:30 p.m.
7
8    IT IS SO ORDERED.
9
10 Dated: July 26, 2010                                    _____
                                                          Honorable Judge Jeffrey S. White
11                                                        United States District Court Judge
                                                          Northern District of California
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LIBA/2104130.1

**[PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO
CONTINUE CASE MANAGEMENT CONFERENCE**                              Case No. 3:10-CV-01884-JSW

|   |   |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I further certify that this document filed through the ECF system will be sent |
| 3 | electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 23rd |
| 4 | day of July, 2010. |
| 5 |   |
| 6 | /s/ Brooks R. Brown |
|   | Brooks R. Brown |

LIBA/2104130.1                                    1

**[PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO
CONTINUE CASE MANAGEMENT CONFERENCE**                    Case No. 3:10-CV-01884-JSW