IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTA BREWER, et al., | |
| Plaintiffs, | No. C 10-01884 JSW |
| v. | |
| BANK OF AMERICA, N.A., et al., | **ORDER SETTING BRIEFING SCHEDULE** |
| Defendants. | |

This matter is set for a hearing on October 1, 2010 on Defendants' motion to dismiss. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than August 16, 2010 and a reply brief shall be filed by no later than August 23, 2010.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: August 2, 2010

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE