JEFF D. FRIEDMAN (173886)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com
  -and-
STEVE W. BERMAN (*Pro Hac Vice*)
ARI Y. BROWN (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
ari@hbsslaw.com

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTA BREWER; STACEY MADAMBA, TARRY and NANCY MILLER, husband and wife, on behalf of themselves and all others similarly situated , <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA, N.A. and BAC HOME LOANS SERVICING, LP, <br><br> Defendants. | Case No. 3:10-cv-01884-JSW <br><br> **STIPULATION REGARDING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS** <br><br> Courtroom: 11 – 19th Floor <br> Judge: Hon. Jeffrey S. White |

On August 2, 2010, this Court entered an Order Setting Briefing Schedule on defendants' motion to dismiss, Dkt. No. 25. This Order set the matter for hearing on October 1, 2010 and schedules plaintiffs' opposition to the motion due on August 16, 2010, and defendants' reply due on August 23, 2010.

Previously, on July 1, 2010, the Court issued a scheduling order based on the parties' Stipulation regarding the briefing schedule on the motion. *See* Dkt. No. 21. This order set the date

- 1 -

1   for plaintiffs' opposition brief for August 27, 2010 and defendants' reply for September 10, 2010.
2   The parties have planned their schedules around responding to the briefs on the dates set forth in
3   the Court's July 1, 2010 Order. The parties therefore jointly request that the Court modify the
4   Scheduling Order of August 2, 2010 such that the briefing schedule remains as previously ordered.
5   The parties will make themselves available for hearing on October 1, 2010 or such other date that
6   the Court orders.

7   The parties further suggest that the case management conference currently scheduled for
8   September 17, 2010 at 1:30 p.m. be rescheduled to coincide with the hearing on Defendants'
9   motion to dismiss on October 1, 2010 or such other date that the Court orders.

10  IT IS HEREBY STIPULATED by and between Plaintiffs and Defendants, through their
11  respective counsel, that the briefing schedule on defendants' motion to dismiss shall remain as
12  stated in the Court's July 1, 2010. Plaintiffs shall have until August 27, 2010 to file and serve their
13  Opposition to Defendants' Motion to Dismiss. Defendants shall have until September 10, 2010 to
14  file and serve their Reply to any such Opposition.

15  DATED: August 4, 2010

16  HAGENS BERMAN SOBOL SHAPIRO LLP

18  By:    s/ Ari Y. Brown
             Steve W. Berman (*Pro Hac Vice*)
             Ari Y. Brown *(Pro Hac Vice)*
19  1918 Eighth Avenue, Suite 3300
    Seattle, Washington 98101
20  Telephone: (206) 623-7292
    Facsimile: (206) 623-0594
21  steve@hbsslaw.com
    ari@hbsslaw.com
22
    JEFF D. FRIEDMAN (173886)
23  HAGENS BERMAN SOBOL SHAPIRO LLP
    715 Hearst Avenue, Suite 202
24  Berkeley, CA 94710
    Telephone: (510) 725-3000
25  Facsimile: (510) 725-3001
    jefff@hbsslaw.com
26
    *Attorneys for Plaintiffs,*
27
28

STIPULATION RE BRIEFING SCHEDULE – C 10-01884 JSW        - 2 -

010176-12 387354 V1

| | |
|---|---|
| 1 | **GOODWIN PROCTER LLP** |
| 2 | By:   s/ James W. McGarry (w/ authorization) |
| 3 |        James W. McGarry (*pro hac vice*)<br>       Mark Tyler Knights (*pro hac vice*) |

Exchange Place
53 State Street
Boston, MA 02109
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
jmcgarry@goodwinprocter.com
mknights@goodwinprocter.com

Brooks R. Brown (SBN 250724)
**GOODWIN PROCTER LLP**
10250 Constellation Blvd.
Los Angeles, California 90067
Telephone: (310) 788-5100
Facsimile: (310) 286-0992
bbrown@goodwinprocter.com

Attorneys for Defendants

STIPULATION RE BRIEFING SCHEDULE – C 10-01884 JSW      - 3 -

010176-12 387354 V1

[~~PROPOSED~~] **ORDER**

Pursuant to the Parties' Stipulation Regarding Briefing Schedule on Defendants' Motion to Dismiss filed on August 4, 2010, and for good cause having been shown, IT IS HEREBY ORDERED THAT:

1.  Plaintiffs shall have until on or before August 27, 2010 to file and serve their Opposition to defendants' motion to dismiss; and

2.  Defendants shall have until on or before September 10, 2010 to file and serve their Reply to the Opposition.

3.  The case management conference is continued to October ~~1~~ 22, 2010.

DATED: August 5, 2010

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

STIPULATION RE BRIEFING SCHEDULE – C 10-01884 JSW     - 4 -

010176-12  387354 V1